Vindictive Prosecution – Obstruction of Justice – Suborning Purgery – Discrimination – Bigotry
Malicious
Elder abuse – intentional infliction of emotional pain

J. Orost v A. Gerhard ADA rights – 1983 suit 02/12/25

(1) Jay Orost pro-se

# Complaint

I will prove by propendergance of the evidance that States Attorney A. Gerhard acting under the color of the law comitted the above crimes that are outside of her job responsabilities and therefore Not covered by her job imunity. See Trump v Washington DC. Ms Gerhard committed Federal crimes to add jail time to me. These crimes are personal crimes based on the **bigotry** of Ms. Gerhard and her elite status complex of **Superior** body types. I will prove by a review of her cases that Ms. Gerhard always goes after over sentencing on the handicapped, both **physical** and mental. To this end, Ms. Gerhard suborned purgery by witness Anij Strout who admitted to Ms. Gerhard that she made up all of her charges when Ms. Gerhard threatend Ms. Strout (obstruction) to commit the purgery at sentencing or be charged with purgery. She was heard at sentencing as saying on the record that Anij Strout "had no choice" but to testify. After Ms. Strout admitted to her lies Ms. Gerhard did not put her under oath, But did not, as a officier of the court, come out with the truth (obstruction of truth) Ms. Gerhard showed her self imposed ellitist and perfect body status by saying to me

The word crippled was her choice and use as a diagator term.

2

at sentencing to get me more time, "poor poor crippled Jay, lets all feel sorry for poor poor crippled Jay" This bigotry was only to get more time at sentencing based on my handicap. There is no excuse for this and shows Bias by the states attorney and is a federal Hate crime. No different than robbing a bank on her lunch hour and is Not covered by any amunity! Just like saying lets all feel sorry for poor poor Fat or black or worse someone. This is Not allowed and is a violation of my civil rights against discrimation based on my handicap. Ms Gerhard further inforced this personal bias by crying at the hearing. That action shows Ms. Gerhard to be personally involved in the case and Bias. This is not allowed for a states attorney. They must by law be nutural in all cases. Try by law not the person. Due to this bias, personal issues, and body supremecy Ms. Gerhard has violated my civil rights, suborn purgery (will interview (Depo) ms. strat), and added time to my sentence. She is also persuing frivolous charges against me to add more time to me on charges that do not even warrent jail time or have any cridance or creditability. It is clearly vindictive (malicious) prosecution and bigotry. Treating people differently who do not look like you is illegal! A public figure is held to a higher standard. This is a Hate crime And weeping means it's bias + personal

3

Ms. Gerhard does not have the right violate my civil rights (Federal) by body shaming me with her perfect pearly white elitist body in order to gain me more prison time. It is also forbiden per her job description to cry and get personally involved in a case showing bias. Bias is forbidon as is using bias and emotion (crying) to sway a judge for more time. These are not covered by her job imunity nor are they her duties under her job description. malicious prosecution! As per my two sentence compares of comparable crimes and ages, I was over sentenced by 5 to 7 years. I had no priors with only conjecture against me at the hearing. Therefore I ask for 500k (false imprisonment) from Ms. Gerhard as compensatory and an amount awarded by the jury for punishment. Suborning purgery is breaking Her Attorney oath. Not reporting an injustice when she found Anij Strout to be lying breaks her oath to uphold the law.

See 25-CV-03945 motion to dismiss by defence. On pg 6 Ms. Gerhard admitts to suborning perjury and Brady violations in my criminal case.

(4)

(Article 9 U.S. Bill of Rights (universal Declaration of Human Rights) "All are equal before the law and are entitled without any discrimination to equal protection of the law. All are entitled to equal protection against any discrimination in violation of this declaration and against any incitement to such discrimination as Ms. Gerhard has done.)

I've had to deal with playground bullies like Ms. Gerhard all my life, she prays on the weak and handi-capped and mock their life of pain. To further prove her bigotry I point to the fact that she attempted to put me in jail for life by asking for a sentence of 45 years, (more than 4 times the Ave.) 15 yrs above the mins. Hitler use to shot the handi-capped people to remove them from the population of his master race, Ms. Gerhard seeks to jail them for life since the law does not currently allow them to be shot.

This Bias and bigotry can not be allowed in public service.

Over 60 sitting in my walker while recovering from a stroke, she had no right to add elder abuse to her Hate of the handi-capped.

My Doctor says I'm to have no past 3 strokes stress. Does she wish me dead? It is clear; yes. Is that not Bias? Combined with personal bigotry against the handi-capped she will for sure pick on my handi-capped handwriting as well, it's who she is. Elitist.

5

Ms. Gerhard removed an old handi-capped man from her streets with a sham trial full of jury tampering, purgery, and hiden evidence. see PCR case 25-CV-01434 for details on the illegal trial she used to purify her county of the handi-capped. I'm sure we will find many more examples when we subpoena her record. She needs to be removed from office. In Vt we don't do population purifaction.
(I am in jail and judgement proof. She has taken everything based on age + handi cap.)

[signature]

I ask for: A 50% sentence reduction.
- A defender General lawyer.
- Please return all origional documents. We are not allowed photo copies.

(6)

N.D.A.s Can not be used to cover up a crime. I will subpoena her NDAs

To expose the cruption at the Lamoille court house that aids Ms. Gerhard in jailing the handi-capped + Elderly with illegal trials.

Fictitious Tale of two states attorneys:

States Attorney 1 Career guy, older, bald, large body type, works late hours, wins re-election without trouble, has job for life. Attorney 1 hires Attorney 2 from out of state, expecting ethics + values. Attorney 2 is younger female petite skinny body type, tight short dresses with low plunge neck lines. Both attorneys work late hours in the same office. Suddenly Attorney 1 gives up his job for life that he just won re-election to, and gives the remaining lion share of his 4 yr term to Attorney 2. Gee lets all think about what could have happened between the two attorneys in that office late at night that would cause attorney 1 to give up his job and career to attorney 2. He had just won re-election easily. Why run just to give the job away? Why give the job away? It was a lifetime career he had done for many years. The Voters are not stupid.

If Attorney 2 is a elitist with a superiority complex using the body she is so proud of to get what she wants. It's A Trap for attorney 1. Not a new story but an unethical one.